The document below is hereby signed.

Signed: July 31, 2020



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| PAPARDELLE 1068, INC., | ) | Case No. 19-00554 |
| | ) | (Chapter 11) |
| Debtor in Possession. | ) | |
| _____ | ) | |
| | ) | |
| PAPARDELLE 1068, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary Proceeding No. |
| DISTRICT OF COLUMBIA, *et al.*, | ) | 19-10035 |
| | ) | |
| | ) | Not for publication in |
| Defendants. | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION REGARDING DISMISSING ADVERSARY PROCEEDING

In advance of deciding whether to dismiss the debtor's bankruptcy case or, instead, to convert the case to Chapter 7, I ordered the parties to show cause why the adversary proceeding ought not be dismissed (without adjudicating any of the claims asserted). The United States has responded that the case ought to be dismissed, citing, among other decisions, *In re Moseley*,

161 B.R. 382 (Bankr. E.D. Tex. 1993).  The other parties have not responded.  For reasons previously set forth in ordering the parties to show cause why the case ought not be dismissed, and based also on the reasoning of *In re Moseley* as discussed by the response of the United States, I will dismiss the adversary proceeding without adjudicating any of the claims asserted.  An order follows.

[Signed and dated above.]

Copies to: All counsel of record.